```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


DEREK CAPOZZI,                    )
      Petitioner,                 )
                                  )        CR. NO. 98-10087-PBS
      v.                          )
                                  )
UNITED STATES,                    )
      Respondent.                 )
```

                              ORDER
                           May 24, 2013

SARIS, C.D.J.

   Now before the Court is defendant/petitioner Derek Capozzi's ("Capozzi") Petition for Writ of Error Coram Nobis (Docket No. 355) challenging the validity and/or scope of this Court's "no contact" Order while he is serving his prison sentence, and his Motion for Appointment of Counsel (Docket No. 356).

   Upon review of the pleadings, it is hereby Ordered that:

1. The petition for writ of coram nobis (Docket No. 355) shall be opened by the clerk as a new civil action in accordance with the same administrative procedures used in § 2255 actions; all future filings shall be made only in the criminal case, Criminal No. 98-10087-PBS;

2. No filing fee is imposed;

3. The clerk shall serve the petition on the United States Attorney for the District of Massachusetts;

4. The United States Attorney for the District of Massachusetts shall file a Response to the petition for writ of coram nobis within 21 days from the date of this and Order;

5. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 U.S.C. § 3771.

6. Petitioner's Motion for Appointment of Counsel (Docket No.

356) is <u>DEFERRED</u> pending review of the Government's response.

SO ORDERED.

<u>/s/ Patti B. Saris</u>
PATTI B. SARIS
CHIEF, U.S. DISTRICT JUDGE